CITY OF HARTFORD *v.* PUBLIC UTILITIES COMMISSION AND THE CONNECTICUT COMPANY

The motion by the defendant The Connecticut Company to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Joseph P. Cooney* and *J. Read Murphy,* for the appellee (defendant The Connecticut Company).

*Frederick D. Neusner,* assistant attorney general, for the appellee (defendant Public Utilities Commission).

*Peter G. Boucher,* assistant corporation counsel, for the appellant (plaintiff).

Argued November 8—decided November 8, 1972

ROBERT O. ABBOTT ET AL. *v.* CITY OF BRISTOL

The plaintiffs' motion to dismiss the appeal dated August 24, 1972, from the Superior Court in Hartford County is granted.

*William J. Eddy,* for the appellees (plaintiffs).

*Kenneth J. Laska,* city attorney, for the appellant (defendant).